664

29 So.2d 900
## G. W. KOONCE v. STATE.
### 6 Div. 406.

Court of Appeals of Alabama.
Feb. 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

34 So.2d 870
## Carl KORNEGAY, alias v. STATE.
### 2 Div. 776.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 870
## Carl KORNEGAY, alias v. STATE.
### 2 Div. 777.

Court of Appeals of Alabama.
March 23, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 184
## Joe KORNEGAY v. STATE.
### 6 Div. 338.

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 870
## James LATHAM v. STATE.
### 8 Div. 574.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

29 So.2d 900
## Lee LAWRENCE v. STATE.
### 6 Div. 308.

Court of Appeals of Alabama.
Dec. 10, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.